Dismissed and Memorandum Opinion filed January 27, 2005









Dismissed and Memorandum Opinion filed January 27,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00013-CR

NO.
14-05-00014-CR

NO. 14-05-00015-CR

____________

 

CLYDE DENE
MILES, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
209th District Court

Harris County,
Texas

Trial Court Cause Nos. 1002199,
1002201, & 1003158

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to three charges of aggravated
robbery.  In accordance with the terms of
plea bargain agreements with the State, the trial court sentenced appellant in
each case on December 1, 2004, to confinement for twenty-five years in the
Institutional Division of the Texas Department of Criminal Justice, with the
sentences to be served concurrently. 
Appellant filed a pro se notice of appeal for all three cases.  Because appellant has no right to appeal, we
dismiss.  








The trial court entered a certification of the defendant=s right to appeal in each case in
which the court certified that each is a plea bargain case, and the defendant
has no right of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeals.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 27, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.

Do Not Publish C Tex. R. App.
P. 47.2(b).